# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2021

Bridget M. McCormack,
Chief Justice

161931 & (16)(17)(19)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 161931
COA: 354501
Monroe CC: 15-242458-FC

MAURICE LARNELL GLOVER,
        Defendant-Appellant.

_____/

      On order of the Court, the motion to amend is GRANTED. The application for leave to appeal the August 19, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions to remand and for investigation of court are DENIED.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2021

b0726

Clerk